

**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

Main: 410-887-2601
Fax: 410-887-3234

To: THE CHARTER OAK FIRE INSURANCE COMPANY D/B/A
TRAVELERS
SERVE ON: ALFRED W. REDMER, JR., INSURANCE
COMMISSIONER
MARYLAND INSURANCE ADMINISTRATION
200 ST. PAUL PLACE, SUITE 2700
BALTIMORE, MD 21202

Case Number: C-03-CV-19-003640
Other Reference Number(s):

**PHILLIPS CORPORATION VS. THE CHARTER OAK FIRE INSURANCE COMPANY D/B/A TRAVELERS, ET AL.**

Issue Date: 10/2/2019

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

PHILLIPS CORPORATION
7390 Coca Cola Drive
Hanover, MD 21076

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Case 1:19-cv-03224-SAG   Document 5   Filed 11/07/19   Page 2 of 4
Case 1:19-cv-03224-SAG   Document 1-11   Filed 11/07/19   Page 2 of 2
Phillips Corporation vs. The Charter Oak Fire Insurance Company d/b/a Travelers, et al. Case Number: C-03-CV-19-00364

# SHERIFF'S RETURN
Circuit Court for Baltimore County

Sheriff fee: _____ By: _____

Served: _____

Time: _____ Date: _____

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Counter Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Other _____

Please specify

Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____

Please specify

Sheriff fee: $ _____    _____
Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

Main: 410-887-2601
Fax: 410-887-3234

To: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA D/B/A TRAVELERS
SERVE ON: ALFRED W. REDMER, JR., INSURANCE COMMISSIONER
MARYLAND INSURANCE ADMINISTRATION
200 ST. PAUL PLACE, SUITE 2700
BALTIMORE, MD 21202

Case Number: C-03-CV-19-003640
Other Reference Number(s):

**PHILLIPS CORPORATION VS. THE CHARTER OAK FIRE INSURANCE COMPANY D/B/A TRAVELERS, ET AL.**

Issue Date: 10/2/2019

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

PHILLIPS CORPORATION
7390 Coca Cola Drive
Hanover, MD 21076

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Phillips Corporation vs. The Charter Oak Fire Insurance Company d/b/a Travelers, et al. Case Number: C-03-CV-19-0036⁴

## SHERIFF'S RETURN
Circuit Court for Baltimore County

Sheriff fee: _____  By: _____

Served: _____

Time: _____  Date: _____

With the following:

☐ Summons                            ☐ Counter Complaint
☐ Complaint                          ☐ Domestic Case Information Report
☐ Motions                            ☐ Financial Statement
☐ Petition and Show Cause Order      ☐ Other _____
                                              Please specify

Was unable to serve because:

☐ Moved left no forwarding address   ☐ No such address
☐ Address not in jurisdiction        ☐ Other _____
                                              Please specify

Sheriff fee: $ _____        _____
                                         Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).